IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNICORN GLOBAL, INC., HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., AND SHENZEN UNI-SUN ELECTRONIC CO., LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOLABS, INC., d/b/a GOTRAX, WALMART INC., WAL-MART STORES TEXAS, LLC, AND WAL-MART.COM USA LLC,<br><br>*Defendants*.<br>GOLABS, INC., d/b/a GOTRAX,<br><br>*Counterclaimant*,<br><br>v.<br><br>UNICORN GLOBAL, INC., HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., AND SHENZEN UNI-SUN ELECTRONIC CO., LTD.,<br><br>*Counterdefendants*. | Civil Action No. 3:20-CV-02023<br><br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Before the Court is the Motion to Sever and Stay filed by Defendants Walmart, Inc., Wal-Mart Stores Texas, LLC and Wal-Mart.com USA LLC (collectively "Walmart"). Walmart moves for an order to sever and stay all of Plaintiffs' claims against it pursuant to the customer-suit exception rule. Having considered the Motion, the Court finds that it should be and hereby

1

is **GRANTED**.  Therefore, Plaintiffs' claims against Walmart in this action are severed and stayed pending the adjudication of the claims between Plaintiffs and Golabs.

**SO ORDERED.**

**Dated: _____, 2020.**

_____
David C. Godbey
United States District Judge

2